# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LORETTA DECKER, | : | Case No. 3:16-cv-303 |
| | : | |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| | : | |
| NANCY A. BERRYHILL, | : | |
| COMMISSIONER OF SOCIAL | : | |
| SECURITY, | : | |
| | : | |
| Defendant. | : | |

# DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #13), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, this Court hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations docketed on June 19, 2017 (Doc. #13) is ADOPTED in full;

2. The Commissioner's final non-disability decision on March 23, 2015 is vacated and the case is remanded to the Social Security Administration pursuant to sentence for of 42 U.S.C. § 405(g) for further consideration consistent with the Report and Recommendations and the instant Decision and Entry; and

3. The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

Date: July 10, 2017                                          *s/Thomas M. Rose*
                                                             Thomas M. Rose
                                                             United States District Judge